78,103-02

To: Court of Criminal Appeals of Texas
Fm: Jose Molina #1808941
1201 E. El Cibolo Rd
Edinburg, Tx 78542

Attention: Mr Abel Acosta (clerk)

Dear Sir

This Letter is in Refrence To an writ of Application 11.07 writ of habeas Corpus which was Received and Presented To the Court. I am Inquiring As To The status of This Application with Cause No. Tr. Ct. No. D-1-DC-12-904008-A Any information would Be Greatly Appreciated. Application was Submitted To The Court on 8/21/2015

Respectfully Submitted
Jose Molina # 1808941
Segovia Unit.

Date 10/7/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 12 2015

Abel Acosta, Clerk